IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEVIN M. LAU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPT. OF | : | |
| CORRECTIONS, ET AL. | : | NO. 09-2865 |

O R D E R

AND NOW, this 10th day of July, 2009, it is ORDERED as follows:

1. Temporary leave to proceed in forma pauperis is GRANTED for the sole purpose of filing this action in this Court;

2. The Clerk of Court shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_____
ROBERT F. KELLY, SR. J.